1
2
3 **E-FILED on  10/23/13**
4
5
6
7
8
9  IN THE UNITED STATES DISTRICT COURT
10  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | | |
|---|---|---|
| AMINAH S.R. DORSEY, | ) | No. C 13-3119 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| WARDEN D.K. JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has dismissed the instant habeas action as a second or successive petition.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: __10/23/13__                 _/s/ Ronald M. Whyte_
                          RONALD M. WHYTE
                          United States District Judge

Judgment
G:\PRO-SE\RMW\HC.13\Dorsey119jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINAH S. R. DORSEY,<br><br>      Plaintiff,<br><br>   v.<br><br>WARDEN D. K. JOHNSON et al,<br><br>      Defendant. | Case Number: CV13-03119 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aminah S.R. Dorsey X34913
510-06-01 UP
CCWF
PO Box 1508
Chowchilla, CA 93610

Dated: October 23, 2013

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk