|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | *E-FILED on 10/23/13* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMINAH S.R. DORSEY, | ) | No. C 13-3119 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN D.K. JOHNSON, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/23/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.13\Dorsey119jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMINAH S. R. DORSEY,

        Plaintiff,

  v.

WARDEN D. K. JOHNSON et al,

        Defendant.

Case Number: CV13-03119 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aminah S.R. Dorsey X34913
510-06-01 UP
CCWF
PO Box 1508
Chowchilla, CA 93610

Dated: October 23, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk